FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 7 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

ZHU, BIAO,
A73 587 115,

    Petitioner,

    - v. -

THOMAS RIDGE, et al.,

    Respondents.
- - - - - - - - - - - - - - - - -x

STIPULATION AND ORDER
TRANSFERRING CASE AS
**PETITION FOR REVIEW**
PURSUANT TO RIDA

Civil Action
No. CV-05-0274

(Amon, J.)

WHEREAS, Petitioner BIAO ZHU filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of an administratively final deportation order;

WHEREAS, section 106(c) of the REAL ID Act of 2005 ("RIDA"), Pub. L. No. 109-13, Div. B, 119 Stat. 231 (May 11, 2005), provides that a case brought pursuant to 28 U.S.C. § 2241 which challenges an administratively final deportation order, and which was pending when RIDA was enacted, shall be transferred to the court of appeals for the circuit in which a petition for review could have been properly filed pursuant to section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252, as amended by RIDA § 106;

WHEREAS, pursuant to INA § 242(b)(2), 8 U.S.C. § 1252(b)(2), the appropriate judicial circuit is the one in which the immigration judge completed proceedings, and the Petitioner's

deportation proceedings were completed in New York, New York;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

(1) This case is transferred in its entirety, pursuant to RIDA § 106(c), to the United States Court of Appeals for the Second Circuit, as a petition for review; and

(2) The Petitioner's removal is stayed pending further order from the Court of Appeals.

Dated: New York, New York
June 20, 2005

_____
MATTHEW L. GUADAGONO, ESQ.
Attorney for the Petitioner
Bretz & Coven, LLP
305 Broadway, Suite 100
New York, NY 10007
(212) 267-2555

Brooklyn, New York
June 21, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
Attorney for Respondents
One Pierrepont Plaza, 14TH Floor
Brooklyn, New York 11201

By: _____
MARGARET M. KOLBE (MK2942)
Assistant U.S. Attorney
(718) 254-6039

SO ORDERED:

Dated: Brooklyn, New York
October 6, 2005

This Court's letter endorsement order of 6/25/05 is Vacated.

/S/ HON. CAROL B. AMON
_____
HONORABLE CAROL BAGLEY AMON
United States District Judge